**WO**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ricky Lee Campbell, | No. CV-24-01797-PHX-JAT (JZB) |
| Plaintiff, | **ORDER** |
| v. | |
| Unknown Parties, et al., | |
| Defendants. | |

Pending before the Court is the report and recommendation from Magistrate Judge Boyle recommending that Defendant Unknown Officer #1 be dismissed for failure to timely serve. (Doc. 33). The time to file objections to the report and recommendation has expired and no party filed objections.

A district court's review of a Magistrate Judge's report and recommendation is impacted by whether either party has timely objected. Fed. R. Civ. P. 72(b). It is "clear that the district judge must review the magistrate judge's findings and recommendations *de novo if objection is made*, but not otherwise." *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) (emphasis in original); *Schmidt v. Johnstone*, 263 F.Supp.2d 1219, 1226 (D. Ariz. 2003) ("Following *Reyna-Tapia*, this Court concludes that de novo review of factual and legal issues is required if objections are made, 'but not otherwise.'"); *Klamath Siskiyou Wildlands Ctr. v. U.S. Bureau of Land Mgmt.*, 589 F.3d 1027, 1032 (9th Cir. 2009) (The district court "must review *de novo* the portions of the [Magistrate Judge's] recommendations to which the parties object."). District courts are not required to conduct

1    "any review at all ... of any issue that is not the subject of an objection." *Thomas v. Arn*,

2    474 U.S. 140, 149 (1985); *see also* 28 U.S.C. § 636(b)(1) ("[T]he court shall make a *de*

3    *novo* determination of those portions of the [report and recommendation] to which

4    objection is made.").

5          There being no objections, the Court accepts the report and recommendation. *See*

6    28 U.S.C. § 636(b)(1) ("A [district court judge] may accept, reject, or modify, in whole or

7    in part, the findings or recommendations made by the magistrate judge."). Accordingly,

8          **IT IS ORDERED** that the Report and Recommendation (Doc. 33) is accepted;

9    Defendant Unknown Officer #1 is dismissed without prejudice. Because other Defendants

10    remain, the Clerk of the Court shall not enter judgment at this time.

11          Dated this 26th day of January, 2026.

12

13

14                    James A. Teilborg

15               Senior United States District Judge

16

17

18

19

20

21

22

23

24

25

26

27

28