**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Ricky Lee Campbell,<br><br>Plaintiff,<br><br>v.<br><br>Unknown Vargas and Unknown Andersen,<br><br>Defendants. | No. CV-24-01797-PHX-JAT (JZB)<br><br>**ORDER** |

Pending before the Court is the report and recommendation from Magistrate Judge Boyle recommending that Defendant Andersen be dismissed for failure to timely serve. (Doc. 51). The time to file objections to the report and recommendation has expired and no party filed objections.

A district court's review of a Magistrate Judge's report and recommendation is impacted by whether either party has timely objected. Fed. R. Civ. P. 72(b). It is "clear that the district judge must review the magistrate judge's findings and recommendations *de novo if objection is made*, but not otherwise." *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) (emphasis in original); *Schmidt v. Johnstone*, 263 F.Supp.2d 1219, 1226 (D. Ariz. 2003) ("Following *Reyna-Tapia*, this Court concludes that de novo review of factual and legal issues is required if objections are made, 'but not otherwise.'"); *Klamath Siskiyou Wildlands Ctr. v. U.S. Bureau of Land Mgmt.*, 589 F.3d 1027, 1032 (9th Cir. 2009) (The district court "must review *de novo* the portions of the [Magistrate Judge's] recommendations to which the parties object."). District courts are not required to conduct

"any review at all ... of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985); *see also* 28 U.S.C. § 636(b)(1) ("[T]he court shall make a *de novo* determination of those portions of the [report and recommendation] to which objection is made.").

There being no objections, the Court accepts the report and recommendation. *See* 28 U.S.C. § 636(b)(1) ("A [district court judge] may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge."). Accordingly,

**IT IS ORDERED** that the Report and Recommendation (Doc. 51) is accepted. Defendant Andersen is dismissed, without prejudice.

Dated this 18th day of May, 2026.

James A. Teilborg
Senior United States District Judge

- 2 -