**WO**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Ricky Lee Campbell,

Plaintiff,

v.

Unknown Parties, et al.,

Defendants.

No. CV-24-01797-PHX-JAT

**ORDER**

Ricky Lee Campbell, an inmate in the Arizona State Prison Complex, brought this action against Arizona Department of Corrections, Rehabilitation, and Reentry (ADCRR) officials. (Doc. 1 at 1-2). The matter was shepherded to the summary judgment stage by Magistrate Judge John Z. Boyle. At that point, the undersigned District Judge determined that summary judgment should be granted in Defendant Vargas's favor and accordingly closed the case because Mr. Vargas was the last remaining defendant. (Doc. 70).

Plaintiff then filed the Motion at issue here, which the Court will liberally construe as a request that Judge Boyle be recused from the case because he is not a "mental health judge." (Doc. 72).[1] The Court cannot grant Plaintiff's motion because Magistrate Judges are not authorized to issue post-judgment orders. See 28 U.S.C. § 636(b)(1)(A); *Estate of Connors v. O'Connor*, 6 F.3d 656, 659 (9th Cir. 1993). This Court closed the case and the Clerk of Court entered judgment in favor of Defendants. (Docs.70, 71). As Judge Boyle has no more part to play in this litigation, Plaintiff cannot achieve the relief he seeks. *See*

[1] The Court has construed the Motion to target Judge Boyle's role in the proceeding since he is the only judge mentioned therein.

*Uzuegbunam v. Preczewski*, 592 U.S. 279, 282 (2021) (outlining mootness).

Accordingly,

**IT IS ORDERED** that Plaintiff's Motion Requesting a New Judge (Doc. 72) is denied.

Dated this 27th day of October, 2026.

James A. Teilborg
Senior United States District Judge