**WO**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Ricky Lee Campbell,

Plaintiff,

v.

Unknown Parties, et al.,

Defendants.

No. CV-24-01797-PHX-JAT

**ORDER**

Ricky Lee Campbell, an inmate in the Arizona State Prison Complex, brought this action against Arizona Department of Corrections, Rehabilitation, and Reentry (ADCRR) officials. (Doc. 1 at 1-2). The matter was shepherded to the summary judgment stage by Magistrate Judge John Z. Boyle. At that point, the undersigned District Judge determined that summary judgment should be granted in Defendant Vargas's favor and accordingly closed the case because Mr. Vargas was the last remaining defendant. (Doc. 70). The Court then denied a motion, which it liberally construed as a request that Judge Boyle be recused from the case because he is not a "mental health judge." (Doc. 72).[1]

Now before the Court is another Motion for a New Judge, which again targets Judge Boyle's role in Plaintiff's case. (Doc. 74). As above, the Court cannot grant Plaintiff's motion because Magistrate Judges are not authorized to issue post-judgment orders. *See* 28 U.S.C. § 636(b)(1)(A); *Estate of Connors v. O'Connor*, 6 F.3d 656, 659 (9th Cir. 1993). This Court closed the case and the Clerk of Court entered judgment in favor of Defendants.

[1] The Court had construed the Motion to target Judge Boyle's role in the proceeding since he is the only judge mentioned therein.

(Docs.70, 71). As Judge Boyle has no more part to play in this litigation, Plaintiff cannot achieve the relief he seeks through this Motion.[2] *See Uzuegbunam v. Preczewski*, 592 U.S. 279, 282 (2021) (outlining mootness).

The Court concludes by reminding Plaintiff that it has denied a similar Motion and is now denying this Motion for the same reason. Plaintiff should therefore be on notice that future Motions that attempt to replace Judge Boyle will likewise be denied. But if that is not enough, the Court warns Plaintiff that it may sanction him for filings that are "frivolous, legally unreasonable, or without factual foundation." *See Simpson v. Lear Astronics Corp.*, 77 F.3d 1170, 1177 (9th Cir. 1996) (footnote omitted); *Warren v. Guelker*, 29 F.3d 1386, 1390 (9th Cir. 1994) (applying sanctions in a pro se case).

Accordingly,

**IT IS ORDERED** that Plaintiff's Motion Requesting a New Judge (Doc. 74) is denied.

Dated this 17th day of November, 2026.

James A. Teilborg
Senior United States District Judge

[2] In addition to various allegations, the Court notes that Plaintiff contends that Judge Boyle prevented him from "going to the 9th Circuit" Court of Appeals. (Doc. 74 at 3). To the extent that Plaintiff seeks to appeal this Court's October 20, 2026, summary judgment order, he may do so within the time allotted by Rule 4 of the Federal Rules of Appellate Procedure.